UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-60256-CR-COHN/SELTZER

UNITED STATES OF AMERICA,

v.

BRADEN HALTERMAN,

     Defendant.
_____/

### ORDER DENYING DEFENDANT'S MOTION OF SENTENCE MODIFICATION

**THIS CAUSE** is before the Court on Defendant Braden Halterman's Motion of Sentence Modification [DE 35] and Supplement to Previously Filed Rule 60(b) Motion of Sentence Modification [DE 36].  The Court has reviewed the motion and supplement, the Government's response [DE 37], the Defendant's reply [DE 38], and is otherwise advised in the premises.

Since Federal Rule of Civil Procedure 60(b) does not provide for relief from judgment in a criminal case, it is thereupon

**ORDERED AND ADJUDGED** that Defendant Braden Halterman's Motion of Sentence Modification [DE 35] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 11th day of May, 2011.

                                                               *[signature]*
                                                              JAMES I. COHN
                                                            United States District Judge

Copies provided to:
Counsel of record via CM/ECF

Braden Halterman, *pro se*
#91293-004
FPC Pensacola
P.O. Box 3949
Pensacola, FL 32516